FILED

JUL 21 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10373 |
| Plaintiff - Appellee, | D.C. No. 1:08-cr-00064-FMTG |
| v. | |
| RICHARD FERRERAS DAVID, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Guam
Frances Tydingco-Gatewood, Chief Judge, Presiding

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Richard Ferreras David appeals from the 108-month sentence imposed

following his guilty-plea conviction for importation of methamphetamine

hydrochloride (ice), in violation of 21 U.S.C. §§ 952(a) and 960. We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

David contends the district court procedurally erred by failing to adequately consider his argument that the two-level enhancement for importation of methamphetamine under U.S.S.G. § 2D1.1(b)(4) created an unwarranted sentencing disparity among similarly situated defendants. The record reflects that the district court listened to the parties' arguments and did not otherwise procedurally err. *See United States v. Carty*, 520 F.3d 984, 995 (9th Cir. 2008) (en banc).

David further contends his sentence is substantively unreasonable because the importation enhancement is arbitrary, does not properly reflect the 18 U.S.C. § 3553(a) factors, and unfairly overstates his offense conduct. In light of the totality of the circumstances and the § 3553(a) sentencing factors, the sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51 (2007); *Carty*, 520 F.3d at 993.

**AFFIRMED.**